UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1380
(8:22-cv-01768-PJM)

_____

CHRISTOPHER BUTLER, individually and on behalf of a class of similarly situated persons; MIRAMBA WILLIAMS, individually and on behalf of a class of similarly situated persons

    Plaintiffs - Appellants

 and

ROBERT FRAZIER, individually and on behalf of a class of similarly situated persons; ANIBAL HERNANDEZ, individually and on behalf of a class of similarly situated persons; D.P., a minor, by and through his next friend and guardian K.P.; DONNELL DAVIS, individually and on behalf of a class of similarly situated persons; LESLIE SHARP, individually and on behalf of a class of similarly situated persons; ELMER LAGUAN-SALINAS, individually and on behalf of a class of similarly situated persons; ADRIENNE WORTHINGTON, individually and on behalf of a class of similarly situated persons

    Plaintiffs

v.

PRINCE GEORGES COUNTY, MARYLAND; CORENNE LABBE, in her official capacity as Director of the Prince George's County Department of Corrections; JEFFREY LOGAN, in his official capacity as Division Chief of the Prince George's County Population Management Division; KENNETH GRAY, in his official capacity as Section Chief of the Prince George's County Community Supervision Section; TANYA LAW, in her official capacity as Unit Chief of the Prince George's County Monitoring Services Unit; LAKEECIA RENEE ALLEN, in their personal capacities and official capacities as District and Circuit Court Judges for the District and Circuit Courts of Maryland for Prince George's

County; BRYON BEREANO, in their personal capacities and official capacities as District and Circuit Court Judges for the District and Circuit Courts of Maryland for Prince George's County; JOHN BIELEC, in their personal capacities and official capacities as District and Circuit Court Judges for the District and Circuit Courts of Maryland for Prince George's County; SCOTT CARRINGTON, in their personal capacities and official capacities as District and Circuit Court Judges for the District and Circuit Courts of Maryland for Prince George's County; ADA E. CLARK-EDWARDS, in their personal capacities and official capacities as District and Circuit Court Judges for the District and Circuit Courts of Maryland for Prince George's County; STACEY COBB SMITH, in their personal capacities and official capacities as District and Circuit Court Judges for the District and Circuit Courts of Maryland for Prince George's County; BRIAN DENTON, in their personal capacities and official capacities as District and Circuit Court Judges for the District and Circuit Courts of Maryland for Prince George's County; ROBERT HEFFRON, JR., in their personal capacities and official capacities as District and Circuit Court Judges for the District and Circuit Courts of Maryland for Prince George's County; DONNAKA LEWIS, in their personal capacities and official capacities as District and Circuit Court Judges for the District and Circuit Courts of Maryland for Prince George's County; OFFICER GREGORY POWELL, in their personal capacities and official capacities as District and Circuit Court Judges for the District and Circuit Courts of Maryland for Prince George's County; CATHY SERRETTE, in their personal capacities and official capacities as District and Circuit Court Judges for the District and Circuit Courts of Maryland for Prince George's County

    Defendants - Appellees

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:22-cv-01768-PJM |
| Date notice of appeal filed in originating court: | 04/26/2024 |
| Appellant(s) | Christopher Butler and Miramba WIlliams |
| Appellate Case Number | 24-1380 |

| Case Manager | Rachel Phillips<br>804-916-2702 |