# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| ROBERT FRAZIER, *et al*. | * |
|     Appellants/Plaintiffs, | * |
| v. | *    Appeal No. 24-1380 |
| |          Case No. 8:22-cv-01768-PJM |
| PRINCE GEORGE'S COUNTY, *et al*. | * |
|     Appellees/Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*

## CONSENT MOTION TO AMEND CAPTION

Appellees, the Honorable LaKeecia R. Allen, the Honorable Bryon S. Bereano, the Honorable John A. Bielic, the Honorable Scott M. Carrington, the Honorable Ada E. Clark-Edwards, the Honorable Stacey M. Cobb Smith, the Honorable Brian C. Denton, the Honorable Robert W. Heffron, Jr., the Honorable Donnaka V. Lewis, the Honorable Gregory C. Powell, and the Honorable Cathy H. Serrette (the "Judge Appellees"), with the consent of all parties, respectfully request that reference to the Judge Appellees in the caption be amended as red-lined:

> …LAKEECIA RENEE ALLEN, in ~~their~~her personal ~~capacities~~capacity and official ~~capacities~~capacity as ~~District and Circuit Court Judges~~judge for the District ~~and Circuit Courts~~ Court of Maryland ~~for Prince George's County~~; BRYON BEREANO, in ~~their~~his personal ~~capacities~~capacity and official ~~capacities~~capacity as judge for the District ~~and Circuit~~ Court ~~Judges for the District and Circuit Courts~~ of Maryland ~~for Prince George's County~~; JOHN BIELEC, in ~~their~~his personal ~~capacities~~capacity and official ~~capacities~~capacity as judge for the District ~~and Circuit~~ Court ~~Judges for the District and Circuit Courts~~ of Maryland ~~for Prince George's County~~; SCOTT CARRINGTON, in ~~their~~his personal ~~capacities~~capacity and official ~~capacities~~capacity as judge for the

District ~~and Circuit~~ Court ~~Judges for the District and Circuit Courts~~ of Maryland ~~for Prince George's County~~; ADA E. CLARK-EDWARDS, in ~~their~~her personal ~~capacities~~capacity and official ~~capacities~~capacity as ~~District and Circuit Court Judges~~judge for the District ~~and Circuit Courts~~ Court of Maryland ~~for Prince George's County~~; STACEY COBB SMITH, in ~~their~~her personal ~~capacities~~capacity and official ~~capacities~~capacity as judge for the District ~~and Circuit~~ Court ~~Judges for the District and Circuit Courts~~ of Maryland ~~for Prince George's County~~; BRIAN DENTON, in ~~their~~his personal ~~capacities~~capacity and official ~~capacities~~capacity as ~~District and Circuit Court Judges~~judge for the District ~~and Circuit Courts~~ Court of Maryland ~~for Prince George's County~~; ROBERT HEFFRON, JR., in ~~their~~his personal ~~capacities~~capacity and official ~~capacities~~capacity as judge for the District ~~and Circuit~~ Court ~~Judges for the District and Circuit Courts~~ of Maryland ~~for Prince George's County~~; DONNAKA LEWIS, in ~~their~~her personal ~~capacities~~capacity and official ~~capacities~~capacity as ~~District and Circuit Court Judges~~judge for the District ~~and Circuit Courts~~ Court of Maryland ~~for Prince George's County; OFFICER~~; GREGORY POWELL, in ~~their~~his personal ~~capacities~~capacity and official ~~capacities~~capacity as judge for the District ~~and Circuit~~ Court ~~Judges for the District and Circuit Courts~~ of Maryland ~~for Prince George's County~~; CATHY SERRETTE, in ~~their~~her personal ~~capacities~~capacity and official ~~capacities~~capacity as ~~District and Circuit Court Judges~~judge for the ~~District and~~ Circuit ~~Courts~~Court of Maryland for Prince George's County

with the amended version reading:

…LAKEECIA RENEE ALLEN, in her personal capacity and official capacity as judge for the District Court of Maryland; BRYON BEREANO, in his personal capacity and official capacity as judge for the District Court of Maryland; JOHN BIELEC, in his personal capacity and official capacity as judge for the District Court of Maryland; SCOTT CARRINGTON, in his personal capacity and official capacity as judge for the District Court of Maryland; ADA E. CLARK-EDWARDS, in her personal capacity and official capacity as judge for the District Court of Maryland; STACEY COBB SMITH, in her personal capacity and official capacity as judge for the District Court of Maryland; BRIAN DENTON, in his personal capacity and official capacity as judge for the District Court of Maryland; ROBERT HEFFRON, JR., in his personal capacity and official

2

capacity as judge for the District Court of Maryland; DONNAKA LEWIS, in her personal capacity and official capacity as judge for the District Court of Maryland; GREGORY POWELL, in his personal capacity and official capacity as judge for the District Court of Maryland; CATHY SERRETTE, in her personal capacity and official capacity as judge for the Circuit Court of Maryland for Prince George's County

                                                Respectfully submitted,

                                                ANTHONY G. BROWN
                                                Attorney General of Maryland

                                                /s/ James O. Spiker IV
                                                _____
                                                KEVIN M. COX
                                                Federal Bar No. 29012
                                                JAMES O. SPIKER IV
                                                Federal Bar No. 30189
                                                Assistant Attorneys General

                                                200 Saint Paul Place, 20th Floor
                                                Baltimore, Maryland 21202
                                                kcox@oag.state.md.us
                                                jspiker@oag.state.md.us
                                                (410) 576-6388
                                                (410) 576-6393 (facsimile)

May 9, 2024                                   Attorneys for the Judge Appellees

# LOCAL RULE 27(a) CERTIFICATION

On May 7, 2024, undersigned counsel informed counsel for the other parties of the intended filing of this motion. Pusuant to responsive emails received on May 7 and May 9, 2024, counsel for the other parties consent to the granting of this motion.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ James O. Spiker IV

_____
KEVIN M. COX
Federal Bar No. 29012
JAMES O. SPIKER IV
Federal Bar No. 30189
Assistant Attorneys General

200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
kcox@oag.state.md.us
jspiker@oag.state.md.us
(410) 576-6388
(410) 576-6393 (facsimile)

May 9, 2024                Attorneys for the Judge Appellees