# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 9, 2024

_____

# N O T I C E
_____

No.  24-1380,   <u>Robert Frazier v. Prince Georges County</u>
                8:22-cv-01768-PJM

TO: Counsel and Parties

The parties are advised that the motion to amend/correct is considered moot and that the court does not intend to take action on the motion.

Rachel Phillips, Deputy Clerk
804-916-2702