IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

| | |
|---|---|
| ROBERT FRAZIER, *et al.*, | * * * |
| *Plaintiffs/Appellants* | * * |
| v. | * **Case No: 24-1380** |
| | * (District Case No. 8:22-CV-01768 PJM) |
| PRINCE GEORGE'S COUNTY, MD, *et al.* | * * * |
| *Defendants/Appellees* | * |

## DEFENDANTS' MOTION TO REVISE BRIEFING SCHEDULE

The Defendant, Prince George's County, Maryland, by undersigned counsel, respectfully moves this Honorable Court for an order revising the Court's briefing schedule entered on May 14, 2024, and as reasons therefore state:

1. The current briefing schedule requires the joint appendix and opening brief to be filed on or before June 24, 2024, and the response brief of Appellees to be filed on or before July 23, 2024.

2. Undersigned counsel for Defendant Prince George's County, Maryland, each have separate week-long trials in the Circuit Court for Prince George's County, Maryland scheduled in the month of July. Ms. Johnson represents the County in <u>Doye v. Hager et al.</u>, CAL 21-07849, which is a wrongful death case scheduled for trial July 15-18, 2024. Mr. Murray represents the County in <u>Bryant v. Zupancic et al.</u>, CAL 21-05621, a civil rights case, scheduled for July 22-29, 2024. Given trial preparation time and time in trial, undersigned counsel for the County will not have sufficient time to adequately draft a response brief.

3. Defendant respectfully requests that the Court revise its current briefing order to require the joint appendix and opening brief to be filed on or before July 23, 2024, and the response brief to be filed on or before August 23, 2024.

4. Counsel for the Plaintiffs/Appellants and Co-Defendants/Appellees have been apprised of this motion and consent to the revisions requested herein.

WHEREFORE the Defendant, Prince George's County, Maryland, respectfully requests that this Honorable Court revise the briefing schedule to incorporate the dates suggested herein.

Respectfully submitted,

*Andrew J. Murray*
Andrew J. Murray, Fed. No. 10511
Associate County Attorney
Prince George's County Office of Law
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
(301) 952-522
AJMurray@co.pg.md.us

*Shelley L. Johnson*
Shelley L. Johnson, Fed. No. 15853
Deputy County Attorney
Prince George's County Office of Law
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
(301) 952-5225 voice
(301) 952-3071 facsimile
Sljohnson@co.pg.md.us