# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)

No. __24-1380__  Caption: Robert Frazier et al. v. Prince George's County, Maryland, et al.

Appellants
(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

   SEALED JOINT APPENDIX VOLUME IV

2. Is sealing of document(s) necessary?

   ☐ No
   ☑ Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

   July 28, 2022

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

   Order granting motion to file under seal court documents of juvenile named Plaintiff D.P. (Frazier v. Prince George's County, No. 22-cv-1768, Doc. 55)

5. (For SEALED APPENDIX) Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix.

   ☑ Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS) Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted.

   ☐ Yes

# CERTIFICATE OF SERVICE

I certify that on July 23, 2024 the sealed document(s) identified in this Certificate of Confidentiality were served on the following parties or counsel of record outside of CM/ECF at the addresses listed below. Service may be made by direct email or other electronic means with the prior written consent of the party to be served. <u>In consolidated criminal cases</u>, identify which sealed appendix volumes were served on each party or attorney.

| | |
|---|---|
| Shelley Johnson<br>Andrew Murray<br>Prince George's County Office of Law<br>1301 McCormick Drive, Suite 4100<br>Largo, MD 20774<br><br>SERVED VIA EMAIL WITH CONSENT | Kathryn Elizabeth Hummel<br>Kevin M. Cox<br>James O. Spiker IV<br>Office of the Attorney General of Maryland<br>200 St Paul Pl., 20th Floor<br>Baltimore, MD 21202<br><br>SERVED VIA EMAIL WITH CONSENT |

| /s/ Jeremy D. Cutting | 07/23/24 |
|---|---|
| Signature | Date |