UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 24-1380
(8:22-cv-01768-PJM)

———————————

ROBERT FRAZIER, individually and on behalf of a class of similarly situated
persons; ANIBAL HERNANDEZ, individually and on behalf of a class of
similarly situated persons; D.P., a minor, by and through his next friend and
guardian K.P.; CHRISTOPHER BUTLER, individually and on behalf of a class of
similarly situated persons; MIRAMBA WILLIAMS, individually and on behalf of
a class of similarly situated persons; DONNELL DAVIS, individually and on
behalf of a class of similarly situated persons; LESLIE SHARP, individually and
on behalf of a class of similarly situated persons; ELMER LAGUAN-SALINAS,
individually and on behalf of a class of similarly situated persons; ADRIENNE
WORTHINGTON, individually and on behalf of a class of similarly situated
persons

        Plaintiffs - Appellants

v.

PRINCE GEORGES COUNTY, MARYLAND; CORENNE LABBE, in her
official capacity as Director of the Prince George's County Department of
Corrections; JEFFREY LOGAN, in his official capacity as Division Chief of the
Prince George's County Population Management Division; KENNETH GRAY, in
his official capacity as Section Chief of the Prince George's County Community
Supervision Section; TANYA LAW, in her official capacity as Unit Chief of the
Prince George's County Monitoring Services Unit; LAKEECIA RENEE ALLEN,
in her personal capacity and official capacity as judge for the District Court of
Maryland; BRYON BEREANO, in his personal capacity and official capacity as
judge for the District Court of Maryland; JOHN BIELEC, in his personal capacity
and official capacity as judge for the District Court of Maryland; SCOTT
CARRINGTON, in his personal capacity and official capacity as judge for the
District Court of Maryland; ADA E. CLARK-EDWARDS, in her personal
capacity and official capacity as judge for the District Court of Maryland;

STACEY COBB SMITH, in her personal capacity and official capacity as judge for the District Court of Maryland; BRIAN DENTON, in his personal capacity and official capacity as judge for the District Court of Maryland; ROBERT HEFFRON, JR., in his personal capacity and official capacity as judge for the District Court of Maryland; DONNAKA LEWIS, in her personal capacity and official capacity as judge for the District Court of Maryland; OFFICER GREGORY POWELL, in his personal capacity and official capacity as judge for the District Court of Maryland; CATHY SERRETTE, in her personal capacity and official capacity as judge for the Circuit Court of Maryland for Prince Georges County

        Defendants - Appellees

_____

## O R D E R

_____

      Upon consideration of the certificate of confidentiality, the court places appendix volume number IV under seal.

        For the Court--By Direction

        /s/ Nwamaka Anowi, Clerk