# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 26, 2024

_____

## DOCKET CORRECTION NOTICE
_____

No. 24-1380, <u>Robert Frazier v. Prince Georges County</u>
8:22-cv-01768-PJM

TO: Prince Georges County, Maryland

FILING CORRECTION DUE: August 29, 2024

Please make the correction identified below and file a corrected document by the date indicated.

[ XX ] Other: Please correct as described and refile:

Pursuant to Local Rule 28(b), the Preliminary Injunction Proposed Order must be presented to the Court under separate cover, accompanied by a motion for leave to file such supplemental material as an attachment to the brief. Please file the motion and proposed addendum by the due date above.

Rachel Phillips, Deputy Clerk
804-916-2702