No. 24-1380

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**ROBERT FRAZIER, *et al*.,**

*Plaintiffs-Appellants*,

v.

**PRINCE GEORGE'S COUNTY, MARYLAND, *et al*.,**

*Defendants-Appellees*.

On Appeal from the United States District Court for the District of Maryland
(Peter J. Messitte, District Judge)

**MOTION FOR LEAVE TO APPEND PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION PROPOSED ORDER TO DEFENDANT PRINCE GEORGE'S COUNTY'S BRIEF**

Appellee Prince George's County, Maryland, defendant below, by counsel and pursuant to Local Rule of Appellate Procedure 28(b), respectfully moves this Honorable Court for leave to allow it to append to its brief the proposed order filed by the appellees, plaintiffs below, to their motion for preliminary injunction, and as reasons therefore states:

1. One of the arguments asserted by Prince George's County in its brief filed in this appeal, among others, is that the District Court did not err in denying

the plaintiffs' request for equitable relief (preliminary injunction) because the relief they sought was from the judiciary, not the executive (defendant County jail). The County argues that the plaintiffs sought injunctive relief against the incorrect party.

2. The proposed order filed by the plaintiffs with their motion for preliminary injunction, attached herewith, illustrates the County's argument and is part and parcel of that argument. The County contends that it could not comply with such a proposed order if granted.

3. Accordingly, the County respectfully requests leave to append the proposed order to its brief so that the court can review it during any oral argument of this appeal.

WHEREFORE the appellee, Prince George's County, Maryland, respectfully requests that the Court grant this motion and permit the appellees' proposed order filed with their motion for preliminary injunction to be appended to the County's brief.

Respectfully submitted,

RHONDA L. WEAVER
County Attorney for Prince George's
County, Maryland


*Andrew J. Murray*
ANDREW J. MURRAY
ASSOCIATE County Attorney

ajmurray@co.pg.md.us
(301) 952-5225
(301) 952-3071 (facsimile)
Shelley L. Johnson,
Deputy County Attorney
sljohnson@co.pg.md.us

Attorneys for Appellee Prince George's County, Maryland

CERTIFICATE OF SERVICE

I hereby certify that, on this 27th day of August, 2024, a copy of the foregoing Motion for Leave to allow the filing of the plaintiffs' motion for preliminary injunction proposed order to appellees' brief was electronically filed and served by CM/EFC upon all parties registered and entitled to service.

*Andrew J. Murray*
Andrew J. Murray