August 27, 2024

_____

RESPONSE REQUESTED

_____

No.  24-1380,     <u>Robert Frazier v. Prince Georges County</u>
                  8:22-cv-01768-PJM

TO:    Appellants

       All other appellees

RESPONSE DUE: 09/06/2024

Response is required to the motion to file addendum/attachment on or before 09/06/2024.

Rachel Phillips, Deputy Clerk
804-916-2702