October 18, 2024

_____

RESPONSE REQUESTED - SIMILAR CASES

_____

No.  24-1380,        Robert Frazier v. Prince Georges County
                     8:22-cv-01768-PJM

TO:    All parties

RESPONSE DUE: 10/21/2024

Response is required to the notice requesting information regarding similar cases
on or before 10/21/2024. Please use the following form to submit response:
**Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar
Case notice).

Rachel Phillips, Deputy Clerk
804-916-2702