# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
# OFFICE OF THE CLERK
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Nwamaka Anowi  
Clerk

Telephone  
804-916-2700

November 25, 2024

_____

TENTATIVELY CALENDARED CASE CONTINUED
_____

No. 24-1380, <u>Robert Frazier v. Prince Georges County</u>
8:22-cv-01768-PJM

TO: Counsel

You were previously notified of the tentative assignment of this case to an oral argument session. For scheduling reasons, your case has been continued. You will receive further notice from the court as soon as your case is assigned to another argument session.

Naeemah Sims
Calendar Clerk
804-916-2714