# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 18, 2024

_____

RESPONSE REQUESTED - SIMILAR CASES
_____

No. 24-1380,  Robert Frazier v. Prince Georges County
              8:22-cv-01768-PJM

TO:   All Appellants

      All Appellees

RESPONSE DUE: 12/23/2024

Response is required to the notice requesting information regarding similar cases on or before 12/23/2024. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Rachel Phillips, Deputy Clerk
804-916-2702