# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 3, 2025

_____

RESPONSE REQUESTED - SIMILAR CASES
_____

No.  24-1380,       Robert Frazier v. Prince Georges County
                    8:22-cv-01768-PJM

TO:     All Appellants and Appellees

RESPONSE DUE: 02/06/2025

Response is required to the notice requesting information regarding similar cases on or before 02/06/2025. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Rachel Phillips, Deputy Clerk
804-916-2702