UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1380
(8:22-cv-01768-PJM)

_____

ROBERT FRAZIER, individually and on behalf of a class of similarly situated persons; ANIBAL HERNANDEZ, individually and on behalf of a class of similarly situated persons; D.P., a minor, by and through his next friend and guardian K.P.; CHRISTOPHER BUTLER, individually and on behalf of a class of similarly situated persons; MIRAMBA WILLIAMS, individually and on behalf of a class of similarly situated persons; DONNELL DAVIS, individually and on behalf of a class of similarly situated persons; LESLIE SHARP, individually and on behalf of a class of similarly situated persons; ELMER LAGUAN-SALINAS, individually and on behalf of a class of similarly situated persons; ADRIENNE WORTHINGTON, individually and on behalf of a class of similarly situated persons

        Plaintiffs - Appellants

v.

PRINCE GEORGES COUNTY, MARYLAND; CORENNE LABBE, in her official capacity as Director of the Prince George's County Department of Corrections; JEFFREY LOGAN, in his official capacity as Division Chief of the Prince George's County Population Management Division; KENNETH GRAY, in his official capacity as Section Chief of the Prince George's County Community Supervision Section; TANYA LAW, in her official capacity as Unit Chief of the Prince George's County Monitoring Services Unit; LAKEECIA RENEE ALLEN, in her personal capacity and official capacity as judge for the District Court of Maryland; BRYON BEREANO, in his personal capacity and official capacity as judge for the District Court of Maryland; JOHN BIELEC, in his personal capacity and official capacity as judge for the District Court of Maryland; SCOTT CARRINGTON, in his personal capacity and official capacity as judge for the District Court of Maryland; ADA E. CLARK-EDWARDS, in her personal capacity and official capacity as judge for the District Court of Maryland;

STACEY COBB SMITH, in her personal capacity and official capacity as judge for the District Court of Maryland; BRIAN DENTON, in his personal capacity and official capacity as judge for the District Court of Maryland; ROBERT HEFFRON, JR., in his personal capacity and official capacity as judge for the District Court of Maryland; DONNAKA LEWIS, in her personal capacity and official capacity as judge for the District Court of Maryland; OFFICER GREGORY POWELL, in his personal capacity and official capacity as judge for the District Court of Maryland; CATHY SERRETTE, in her personal capacity and official capacity as judge for the Circuit Court of Maryland for Prince Georges County

Defendants - Appellees

———————

O R D E R

———————

For reasons appearing to the court, the plaintiff-appellants and judicial defendants are directed to provide simultaneous supplemental briefing on *Whole Woman's Health v. Jackson*, 595 U.S. 30, 142 S. Ct. 522, 211 L. Ed. 2d 316 (2021), and the doctrines therein that bear on the plaintiffs' ability to sue the judicial defendants. The briefs may not exceed 2,000 words and must be filed by May 19, 2025.

For the Court

/s/ Nwamaka Anowi, Clerk